In the Matter of the Application of NEW YORK RAILWAYS CORPORATION for an Order Directed to the CITY OF NEW YORK and/or FRANK J. TAYLOR, as Comptroller of the City of New York, and/or WILLIAM REID, Collector of the City of New York, and/or ALMERINDO PORTFOLIO, Chamberlain of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.